UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIA UMALA and ALICIA BATISTA,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class*,

        Plaintiff,

v.

SKYLIGHT HOLDINGS INC.
    d/b/a FOOD UNIVERSEMARKETPLACE,
SKYLIGHT HOLDINGS 2 INC.
    d/b/a FOOD UNIVERSE MARKETPLACE,
SKYLIGHT HOLDINGS 4 INC.
    d/b/a KEY FOOD MARKETPLACE,
PEDRO GOICO, and JUAN PEREZ

        Defendants.

Case No.: 1:20-cv-01176

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Maria Umala and Alicia Batista hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated April 19, 2022, and annexed hereto as **Exhibit A**.

Dated: April 26, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Gregory Michael Capone, Esq.
KIDONAKIS & CORONA PLLC
136 Lenox Ave
New York, NY 10026
t: 646-389-3925
f: 212-289-6783
greg.capone@kandcpllc.com
Attorneys for Defendants

By: _____
C.K. Lee, Esq.