**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MARIA UMALA and ALICIA BATISTA,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class*  ,

                Plaintiff,

v.

SKYLIGHT HOLDINGS INC.
    d/b/a FOOD UNIVERSEMARKETPLACE,
SKYLIGHT HOLDINGS 2 INC.
    d/b/a FOOD UNIVERSE MARKETPLACE,
SKYLIGHT HOLDINGS 4 INC.
    d/b/a KEY FOOD MARKETPLACE,
PEDRO GOICO, and JUAN PEREZ

                Defendants.

**Case No.**: 1:20-cv-01176

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiffs Maria Umala and Alicia Batista ("Plaintiffs") to take a judgment against them, in the sum of One Hundred and Ten Thousand Dollars and No Cents ($110,000.00), to resolve all of Plaintiffs' claims filed in this lawsuit, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 19, 2022 and filed as Exhibit A to Docket Number 74;

      **WHEREAS**, on April 26, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 74);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Maria Umala and Alicia Batista, in the sum of One Hundred and Ten Thousand Dollars and No Cents ($110,000.00), in accordance with the terms and conditions of Defendants' Rule 68

Offer dated April 19, 2022 and filed as Exhibit A to Docket Number 74. The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: _____, 2022     _____
          New York, New York                              U.S.D.J.